FILED IN CHAMBERS
U.S.D.C. - Atlanta

DEC 14 2017

James N. Hatten, Clerk
By: AMCauie Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DON AYLING,

    Plaintiff

v.

ELLIOT R. CROSSON,

    Defendant

CIVIL ACTION FILE NO.
1:17-CV-4521-ODE-AJB

ORDER

This pro se civil action is before the Court on the Final Report and Recommendation of United States Magistrate Judge Alan J. Baverman filed November 13, 2017 [Doc. 4] ("R&R"). No objections have been filed.

In the R&R, Judge Baverman recommends that this case be remanded to the Magistrate Court of Clayton County. Remand is warranted because this Court lacks jurisdiction over the case.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is hereby ADOPTED as the opinion and order of the Court. Accordingly, this case is REMANDED to the Magistrate Court of Clayton County, Georgia.

SO ORDERED, this **14** day of December, 2017.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE